CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2018

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRONG WU WIGLEY, ) | |
| ) | Civil Action No. 7:17CV00425 |
| Plaintiff, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | Hon. Glen E. Conrad |
| RICHARD ALAN WIGLEY, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that defendant's motion to dismiss is **GRANTED**, plaintiff's motion to strike the answer to the complaint is **DENIED** as moot, and the action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send certified copies of this opinion and the accompanying order to all counsel of record.

ENTER: This 5th day of March, 2018.

/s/ Glen Conrad
Senior United States District Judge