CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2018

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRONG WU WIGLEY, ) | Civil Action No. 7:17CV00425 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | Hon. Glen E. Conrad |
| RICHARD ALAN WIGLEY, ) | Senior United States District Judge |
| Defendant. ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's motion to alter or amend the judgment (Docket No. 28) and plaintiff's motion to stay the proceedings (Docket No. 30) are **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff, Shirong Wu Wigley, and to all counsel of record.

DATED: This 10th day of May, 2018.

_____
Senior United States District Judge